BAUMGOLD BROS., INC., Respondent, *v.* SCHWARZSCHILD BROTHERS, INC., Appellant.

Argued January 11, 1951; decided January 18, 1951.

*Walter C. Lundgren, Le Roy R. Cohen, Jr.,* and *Francis P. Kelly* for appellant.

*John M. Aherne* and *James M. Hughes* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.